# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM BITTERS** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-87** |
| | : | |
| **NATIONWIDE GENERAL INSURANCE COMPANY** | : | |

## ORDER

This 30th day of November, 2021, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF #13) is **DENIED** for the reasons set forth in the accompanying memorandum.

    /s/ Gerald Austin McHugh
United States District Judge